THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DEVIN A. WHITTIER, individually,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>HARRIS STEEL, INC., a Delaware corporation; NUCOR, INC., a Delaware corporation; NUCOR STEEL SEATTLE, INC., a Delaware corporation; HARRIS U.S. HOLDINGS, INC., a Delaware corporation; HARRIS REBAR SERVICES CORP., INC., a corporation; JANE AND JOHN DOES 1-10,<br><br>　　　　　Defendants. | No. 2:18-cv-00217<br><br>JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO ANSWER, MOVE, OR OTHERWISE REPLY TO COMPLAINT<br><br>Note on Motion Calendar: April 26, 2018 |

## I. STIPULATION

1.　Plaintiff, Devin A. Whittier, filed a complaint against Defendants Harris Steel, Inc.; Nucor Corporation (incorrectly identified in the Complaint as "Nucor, Inc."); Nucor Steel Seattle, Inc.; Harris U.S. Holdings, Inc.; and Harris Rebar Services Corp., Inc. ("Defendants") on February 9, 2018.

2.　Harris Steel, Inc. was served on April 12, 2018.

STIP. AND [PROPOSED] ORDER FOR EXTENSION OF TIME
(NO. 18-CV-00217-RSL) – 1
139581500.1

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

3. Nucor Corporation; Nucor Steel Seattle, Inc.; Harris U.S. Holdings, Inc.; and Harris Rebar Services Corp., Inc. were served on April 10, 2018.

4. Counsel for Defendants were recently retained to defend these claims. In order to provide Defendants with additional time to answer or otherwise move the Court for relief, Defendants and Plaintiff hereby jointly stipulate to, and request the Court to allow twenty (20) additional days for Defendants to answer otherwise move the Court for relief.

5. Defendants Nucor Corporation; Nucor Steel Seattle, Inc.; Harris U.S. Holdings, Inc.; and Harris Rebar Services Corp., Inc. would have up to and including May 21, 2018 to file an answer or move the Court for relief.

6. Defendant Harris Steel, Inc. would have up to and including May 23, 2018 to file an answer or move the Court for relief.

RESPECTFULLY SUBMITTED on this 26th day of April, 2018.

PERKINS COIE LLP

PFAU COCHRAN VERTETIS AMALA PLLC

s/Monique Wirrick, #34093
Gretchen Paine, WSBA No. 44149
Monique Wirrick, WSBA No. 34093
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
E-mail: MWirrick@perkinscoie.com

*Attorneys for Defendants Harris Steel, Inc., Nucor Corporation, Nucor Steel Seattle, Inc., Harris U.S. Holdings, Inc., and Harris Rebar Services Corp., Inc.*

s/Kevin M. Hastings, #42316
Darrell L. Cochran, WSBA No. 22851
Kevin M. Hastings, WSBA No. 42316
911 Pacific Avenue, Suite 200
Tacoma, WA 98402
Telephone: (253) 777-0799
Facsimile: (253) 627-0654
Email: darrell@pcvalaw.com
Email: kevin@pcvalaw.com

*Attorneys for Plaintiff*

STIP. AND [PROPOSED] ORDER FOR EXTENSION OF TIME
(NO. 18-CV-00217-RSL) – 2
139581500.1

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

## II. ~~[PROPOSED]~~ ORDER

Based on the foregoing stipulation, IT IS SO ORDERED that Defendants Nucor Corporation's; Nucor Steel Seattle, Inc.'s; Harris U.S. Holdings, Inc.'s; and Harris Rebar Services Corp., Inc.'s time to respond to Plaintiff's complaint is extended to May 21, 2018. And Defendant Harris Steel, Inc.'s time to respond to Plaintiff's complaint is extended to May 23, 2018.

DATED: May 2, 2018

_____
The Honorable Robert S. Lasnik
United States District Judge

STIP. AND [~~PROPOSED~~] ORDER FOR EXTENSION OF TIME
(NO. 18-CV-00217-RSL) – 3
139581500.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000