THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DEVIN A. WHITTIER, individually,

Plaintiff,

v.

HARRIS STEEL, INC., a Delaware corporation; NUCOR, INC. a Delaware corporation; NUCOR STEEL SEATTLE, INC., a Delaware Corporation; HARRIS U.S. HOLDINGS, INC., a Delaware Corporation; HARRIS REBAR SERVICES CORP., INC., a corporation; JANE AND JOHN DOES 1-10,

Defendants.

No. 2:18-cv-00217

**STIPULATION AND** ~~PROPOSED~~ **ORDER FOR DISMISSAL AS TO DEFENDANTS NUCOR STEEL SEATTLE, INC. AND NUCOR CORPORATION**

NOTE ON MOTION CALENDAR:
November 2, 2018

**STIPULATION**

Plaintiff Devin A. Whittier and Defendants Nucor Corporation and Nucor Steel Seattle, Inc. (collectively, the "Nucor Defendants") stipulate and agree, pursuant to Federal Rule of Civil Procedure 41(a)(2), that all claims by Plaintiff against the Nucor Defendants shall be dismissed without prejudice and without costs to either party.  The Nucor Defendants further stipulate that they waive all statute of limitation arguments and defenses to being amended into *Whitter v. Harris Steel, Inc., et al.*, No. 2:18-cv-00217 and/or *Whittier v. Seattle Tunnel Partners, et al.*, No. 2:17-

*STIPULATION AND ORDER* FOR DISMISSAL
AS TO NUCOR DEFENDANTS (NO. 18-CV-00217) – 1

141851360.1



PFAU COCHRAN
VERTETIS AMALA
A Professional Limited Liability Company

911 Pacific Avenue, Suite 200
Tacoma, WA 98402
Phone: (253) 777-0799  Facsimile: (253) 627-0654

cv-00751, should Plaintiff discover evidence during the pendency of either lawsuit that establishes facts that potentially support a claim against the Nucor Defendants. No parties object to this stipulation. Voluntary dismissal of all claims against one or more defendants is proper under Rule 41(a)(2). *See Gen. Signal Corp. v. MCI Telecommc'ns Corp.*, 66 F.3d 1500, 1513 (9th Cir. 1995) ("Rule 41 is reserved for circumstances in which the result of the alleged dismissal is that one or all of the defendants are released from the action."), *cert. denied*, 516 U.S. 1146 (1996).

RESPECTFULLY SUBMITTED this 2nd day of November 2018.

| | |
|---|---|
| s/Gretchen M. Paine, WSBA No. 44149 | s/Darrell L. Cochran, WSBA No. 42316 |
| Gretchen M. Paine, WSBA No. 44149 | Darrell L. Cochran, WSBA No. 22851 |
| Monique Wirrick, WSBA No. 34093 | Kevin M. Hastings, WSBA No. 42316 |
| **Perkins Coie LLP** | **Pfau Cochran Vertetis Amala PLLC** |
| 1201 Third Avenue, Suite 4900 | 911 Pacific Avenue, Suite 200 |
| Seattle, WA 98101-3099 | Tacoma, WA 98402 |
| Telephone: 206.359.8000 | Telephone: 253.777.0799 |
| Facsimile: 206.359.9000 | Facsimile: 253.627.0654 |
| E-mail: GPaine@perkinscoie.com | E-mail: darrell@pcvalaw.com |
| E-mail: MWirrick@perkinscoie.com | E-mail: kevin@pcvalaw.com |
| *Attorneys for Defendants Nucor Corporation and Nucor Steel Seattle, Inc.* | *Attorneys for Plaintiff Devin Whittier* |

## ORDER

It is so ordered.

DATED this 6th day of Nov., 2018.

_____
The Honorable Robert S. Lasnik

*STIPULATION AND ORDER* FOR DISMISSAL AS TO NUCOR DEFENDANTS (NO. 18-CV-00217) – 2

141851360.1



PFAU COCHRAN
VERTETIS AMALA
A Professional Limited Liability Company

911 Pacific Avenue, Suite 200
Tacoma, WA 98402
Phone: (253) 777-0799  Facsimile: (253) 627-0654